**DISMISSED; Opinion Filed April 2, 2013.**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-13-00372-CV**

**IN RE ANDREW DAVID MALONE, JR., Relator**

**On Appeal from the 195th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F86-95910-QN**

## MEMORANDUM OPINION

Before Justices O'Neill, Lang-Miers, and Evans
Opinion by Justice Evans

Before the Court is relator's petition for writ of mandamus naming Gary Fitzsimmons, the Dallas County District Clerk, as respondent. The facts and issues are well known to the parties, so we need not recount them herein. This Court does not have mandamus jurisdiction over the district clerk. *See* TEX. GOV'T CODE ANN. § 22.221 (Vernon 2004). Accordingly, we **DISMISS** relator's petition for a writ of mandamus for want of jurisdiction.

/David W. Evans/
DAVID W. EVANS
JUSTICE

130372F.P05